Alan R. Plutzik (State Bar No. 077785)
Kathryn A. Schofield (State Bar No. 202939)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Andrew M. Schatz
Jeffrey S. Nobel
Justin S. Kudler
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

Attorneys for Lead Plaintiff Garry Crabtree

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re FIRST VIRTUAL COMMUNICATIONS, INC. SECURITIES LITIGATION.<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-04-3585 MJJ<br><br>Order granting<br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAD PLAINTIFF LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**JURY TRIAL DEMANDED**<br><br><u>CLASS ACTION</u> |
|---|---|

JOINT STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAD PLAINTIFF LEAVE TO FILE SURREPLY IN OPPOSITION OF DEFENDANTS' MOTION TO DISMISS
CASE NO. C-04-3585 MJJ
45604

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | IT IS HEREBY STIPULATED AND AGREED by and among the parties, subject to the |
| 3 | Order of the Court, that Lead Plaintiff Garry Crabtree may file a Surreply Memorandum of Points |
| 4 | and Authorities in Opposition to Defendants' Motion to Dismiss, attached hereto as Exhibit A (the |
| 5 | "Surreply"), which solely addresses Defendants' submission of the Declaration of Cynthia |
| 6 | Hernandez (including the document attached thereto); provided, however, that Defendants reserve |
| 7 | their right to rebut arguments raised by the Surreply at the hearing on their Motion to Dismiss. |
| 8 | IT IS SO STIPULATED. |

Dated: September 28, 2005         SCHATZ & NOBEL, P.C.

/S/
Jeffrey S. Nobel
Attorneys for Plaintiff

SCHATZ & NOBEL, P.C.
Andrew M. Schatz
Jeffrey S. Nobel
Justin S. Kudler
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292

Attorneys for Lead Plaintiff Garry Crabtree

Dated: September 28, 2005         WILSON, SONSINI, GOODRICH, & ROSATI, P.C.

/S/
John P. Stigi, III
Attorneys for Defendants

WILSON, SONSINI, GOODRICH, & ROSATI, P.C.
John P. Stigi, III
One Market, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000

Attorneys for Defendants

---

JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAD PLAINTIFF LEAVE TO FILE
SURREPLY IN OPPOSITION OF DEFENDANTS' MOTION TO DISMISS
CASE NO. C-04-3585 MJJ
45604

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kathryn A. Schofield, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of September 2005 at Walnut Creek, California.

_____
Kathryn A. Schofield

JOINT STIPULATION AND [PROPOSED] ORDER GRANTING LEAD PLAINTIFF LEAVE TO FILE SURREPLY IN OPPOSITION OF DEFENDANTS' MOTION TO DISMISS
CASE NO. C-04-3585 MJJ
45604

2

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Lead Plaintiff Garry Crabtree may file the Surreply Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss, attached as Exhibit A to the September 28, 2005 Stipulation between Lead Counsel for Lead Plaintiff and Counsel for Defendants.

IT IS SO ORDERED.

DATED: October 5, 2005

_____
Hon. Martin J. Jenkins
U.S. District Court Judge