| | |
|---|---|
| 1 | BRUCE G. VANYO, State Bar No. 60134 |
| | BAHRAM SEYEDIN-NOOR, State Bar No. 203244 |
| 2 | OLGA A. TKACHENKO, State Bar No. 228645 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, California 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 493-6811 |
| | Email: bnoor@wsgr.com |

JOHN P. STIGI III, State Bar No. 208342
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants
JONATHAN MORGAN and
TRUMAN COLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | MASTER FILE NO: C-04-3585 MJJ |
| FIRST VIRTUAL COMMUNICATIONS, INC. SECURITIES LITIGATION. | **STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| This Document Relates to: | <u>CLASS ACTION</u> |
| ALL ACTIONS. | |

STIPULATION AND [~~PROPOSED~~] ORDER
RESCHEDULING THE HEARING ON
DEFENDANTS' MOTION TO DISMISS,
MASTER FILE NO. C-04-3585 MJJ

Pursuant to Local Rule 6-2, defendants Jonathan Morgan and Truman Cole and Lead Plaintiff Garry Crabtree respectfully submit this Stipulation and [Proposed] Order rescheduling the hearing on defendants' motion to dismiss Lead Plaintiff's Consolidated Amended Class Action Complaint ("Complaint") for November 15, 2005, at 9:30 a.m.

WHEREAS, pursuant to defendants' amended notice of hearing for their motion to dismiss the Complaint, the hearing on defendants' motion to dismiss was previously scheduled for October 18, 2005;

WHEREAS, on October 17, 2005, the Court *sua sponte* vacated the hearing on defendants' motion to dismiss;

WHEREAS, on October 21, 2005, the Court *sua sponte* rescheduled the hearing on defendants' motion to dismiss for November 8, 2005;

WHEREAS, due to scheduling conflicts, counsel for defendants is not able to attend the hearing on defendants' motion to dismiss on November 8, 2005; and

WHEREAS, counsel for defendants requested that counsel for Lead Plaintiff agree to reschedule the hearing on defendants' motion to dismiss for Tuesday, November 15, 2005.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for defendants and Lead Plaintiff, that the hearing on defendants' motion to dismiss the Complaint be rescheduled for Tuesday, November 15, 2005, at 9:30 a.m.

Dated: October 27, 2005

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ John P. Stigi III
    John P. Stigi III

One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants JONATHAN MORGAN and TRUMAN COLE

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS, MASTER FILE NO. C-04-3585 MJJ

1

Dated: October 27, 2005

SCHATZ & NOBEL, P.C.

By: /s/ Jeffrey S. Nobel
    Jeffrey S. Nobel

Andrew M. Schatz
Jeffrey S. Nobel
Justin S. Kudler
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290

BRAMSON, PLUTZIK, MAHLER &
   BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Attorneys for Lead Plaintiff GARRY CRABTREE

\*    \*    \*    \*

### [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the hearing on defendants' motion to dismiss the Complaint shall be rescheduled for Tuesday, November 15, 2005, at 9:30 a.m.

Dated: October 31, 2005

/s/ Martin J. Jenkins
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING THE HEARING ON
DEFENDANTS' MOTION TO DISMISS,
MASTER FILE NO. C-04-3585 MJJ

2