1  Alan R. Plutzik (State Bar No. 077785)
   Kathryn A. Schofield (State Bar No. 202939)
2  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone: (925) 945-0200
4  Facsimile: (925) 945-8792

5  Andrew M. Schatz
   Jeffrey S. Nobel
6  Justin S. Kudler
   SCHATZ & NOBEL, P.C.
7  One Corporate Center
   20 Church Street, Suite 1700
8  Hartford, Connecticut 06103
   Telephone: (860) 493-6292
9  Facsimile: (860) 493-6290

10 Attorneys for Lead Plaintiff Gary Crabtree

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14 In re FIRST VIRTUAL COMMUNICATIONS,          Master File No. C-04-3585 MJJ
   INC. SECURITIES LITIGATION.
15

16 This Document Relates To:                     **STIPULATION AND [PROPOSED]
                                                 ORDER RESCHEDULING THE
17     ALL ACTIONS.                              HEARING ON DEFENDANTS'
                                                 MOTION TO DISMISS**
18
                                                 **JURY TRIAL DEMANDED**
19
                                                 CLASS ACTION
20

21

22

23

24

25

26

27

28
   STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING DATE ON DEFENDANTS'
   MOTION TO DISMISS
   CASE NO. C-04-3585 MJJ
   46874

1

## STIPULATION

2     Pursuant to Local Rule 6-2, Lead Plaintiff Gary Crabtree and defendants Jonathan Morgan

3  and Truman Cole respectfully submit this Stipulation and [Proposed] Order rescheduling the

4  hearing on defendants' motion to dismiss Lead Plaintiff's Consolidated Amended Class Action

5  Complaint (the "Complaint") for April 4, 2006, at 9:30 a.m.

6     WHEREAS, by Order dated March 3, 2006, the Court has scheduled oral argument on

7  defendants' Motion to Dismiss Lead Plaintiff's Consolidated Amended Complaint for March 28,

8  2006, at 9:30 a.m.; and

9     WHEREAS plaintiffs' Lead Counsel, Jeffrey S. Nobel of Schatz & Nobel, P.C., is required

10  to appear in another court to argue a motion set for hearing on March 28, 2006, and is therefore not

11  available to attend a hearing in this Court on that day; and

12     WHEREAS, in light of Lead Counsel's scheduling conflict, plaintiffs' counsel requested

13  that counsel for defendants agree to reschedule the hearing on defendants' motion to dismiss for

14  Tuesday, April 4, 2006.

15     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the

16  undersigned counsel for defendants and Lead Plaintiffs, that the hearing on defendants' Motion to

17  Dismiss Lead Plaintiff's Consolidated Amended Complaint be rescheduled for April 4, 2006, at

18  9:30 a.m..

19     IT IS SO STIPULATED.

20  Dated:  March 7, 2006                    BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER,
                                            LLP
21

22                                          _____/S/_____
23                                                Alan R. Plutzik

24                                          2125 Oak Grove Road, Suite 120
                                            Walnut Creek, California  94598
25                                          Telephone:  (925) 945-0200
                                            Facsimile:  (925) 945-8792
26

27

28

---

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING DATE ON DEFENDANTS'     1
MOTION TO DISMISS
CASE NO. C-04-3585 MJJ
46874

1                         SCHATZ & NOBEL, P.C.
                            Andrew M. Schatz

2                         Jeffrey S. Nobel
                        Justin S. Kudler

3                         One Corporate Center
                        20 Church Street, Suite 1700

4                         Hartford, CT 06103
                        Telephone: (860) 493-6292

5

6                         Attorneys for Lead Plaintiff Gary Crabtree

7 Dated: March 7, 2006        WILSON, SONSINI, GOODRICH, & ROSATI, P.C.

8

9                       _____/S/_____
                        John P. Stigi, III

10                         Attorneys for Defendants

11                         WILSON, SONSINI, GOODRICH, & ROSATI, P.C.
                        John P. Stigi, III

12                         One Market, Spear Tower
                        Suite 3300

13                         San Francisco, CA 94105
                        Telephone: (415) 947-2000

14                         Facsimile: (415) 947-2099

15                         Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kathryn A. Schofield, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 7th day of March, 2006, at Walnut Creek, California.

_____

Kathryn A. Schofield

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING DATE ON
DEFENDANTS' MOTION TO DISMISS
CASE NO. C-04-3585 MJJ
46874

3

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | IT IS HEREBY ORDERED that the hearing on defendants' Motion to Dismiss Lead |
| 3 | Plaintiff's Consolidated Amended Complaint shall be rescheduled for April 4, 2006. |
| 4 | IT IS SO ORDERED. |

DATED: _March 8_____, 2006

_____
Hon. Martin J. Jenkins
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING DATE ON
DEFENDANTS' MOTION TO DISMISS
CASE NO. C-04-3585 MJJ
46874

4