1  BRUCE G. VANYO (SBN 60134)
   KATTEN MUCHIN ROSENMAN LLP
2  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
3  Telephone: 310.788.4400
   Facsimile: 310.788.4471
4
   Attorneys for Defendants
5  JONATHAN MORGAN and TRUMAN COLE

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | In re:                              ) MASTER FILE NO.: C-04-3585 MJJ
                                         )
12 | FIRST VIRTUAL COMMUNICATIONS, INC.  ) **STIPULATION AND [PROPOSED]**
   | SECURITY LITIGATION.                ) **ORDER RESCHEDULING THE**
13 |                                     ) **HEARING ON DEFENDANTS'**
   |                                     ) **MOTION TO DISMISS**
14 | _____ )
                                         ) CLASS ACTION
15 | This Document Relates to:           )
                                         )
16 |     ALL ACTIONS.                    )
                                         )
17 |                                     )
                                         )
18 | _____ )

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS
MASTER FILE NO. C-04-3585 MJJ
31319233-1

1    Pursuant to Local Rule 6-2, Defendants Jonathan Morgan and Truman Cole and Lead
2    Plaintiff Garry Crabtree respectfully submit this Stipulation and [Proposed] Order rescheduling the
3    hearing on Defendants' motion to dismiss Lead Plaintiff's Consolidated Amended Class Action
4    Complaint (the "motion to dismiss") for October 31, 2006, at 9:30 a.m.
5    WHEREAS, on July 19, 2006, the Court rescheduled the hearing on Defendants' motion to
6    dismiss from September 19, 2006, at 9:30 a.m. to September 26, 2006, at 9:30 a.m.;
7    WHEREAS, due to scheduling conflicts, counsel for Defendants will be unable to attend the
8    hearing on Defendants' motion to dismiss on September 26, 2006, at 9:30 a.m.; and
9    WHEREAS, counsel for Defendants have requested that counsel for Lead Plaintiff agree to
10   reschedule the hearing on Defendants' motion to dismiss for October 31, 2006, at 9:30 a.m.
11   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
12   undersigned counsel for Defendants and Lead Plaintiff, that the hearing on Defendants' motion to
13   dismiss be rescheduled for Tuesday, October 31, 2006, at 9:30 a.m.
14   Respectfully submitted,
15   Dated: September 8, 2006          KATTEN MUCHIN ROSENMAN LLP

By: _____/s/_____
    Bruce G. Vanyo

Bruce G. Vanyo
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4401
Facsimile: (310) 712-8273
bruce.vanyo@kattenlaw.com

Leah J. Domitrovic
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5342
Facsimile: (312) 577-4762
pamela.smith@kattenlaw.com
leah.domitrovic@kattenlaw.com

Attorneys for Defendants JONATHAN MORGAN and
TRUMAN COLE

2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS
MASTER FILE NO. C-04-3585 MJJ
31319233-1

Dated: September 8, 2006         SCHATZ & NOBEL, P.C.


By: _____/s/_____
     Jeffrey S. Nobel

Andrew M. Schatz
Jeffrey S. Nobel
Justin S. Kudler
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
firm@snlaw.net

BRAMSON, BASKIN, PLUTZIK &
   BIRKHAEUSER, LLP
Alan R. Plutzik
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com
kschofield@bramsonplutzik.com

Attorneys for Lead Plaintiff GARRY CRABTREE

\*    \*    \*    \*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Bruce G. Vanyo, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS. I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: September 8, 2006         KATTEN MUCHIN ROSENMAN LLP


By: _____/s/_____
     Bruce G. Vanyo

Attorneys for Defendants JONATHAN MORGAN and TRUMAN COLE

3
STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS
MASTER FILE NO. C-04-3585 MJJ
31319233-1

1
2
**[PROPOSED] ORDER**

3  IT IS HEREBY ORDERED that the hearing on Defendants' motion to dismiss shall be
4  rescheduled for Tuesday, October 31, 2006, at 9:30 a.m.

5
6  Dated: September 12, 2006        */s/ Martin J. Jenkins*
                                    _____
7                                   HON. MARTIN J. JENKINS
                                    UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS
MASTER FILE NO. C-04-3585 MJJ
31319233-1