| | |
|---|---|
| 1 | Alan R. Plutzik (State Bar No. 077785) |
| 2 | Kathryn A. Schofield (State Bar No. 202939)<br>BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 3 | 2125 Oak Grove Road, Suite 120<br>Walnut Creek, California 94598 |
| 4 | Telephone: (925) 945-0200<br>Facsimile: (925) 945-8792 |
| 5 | Andrew M. Schatz |
| 6 | Jeffrey S. Nobel<br>Justin S. Kudler |
| 7 | SCHATZ & NOBEL, P.C.<br>One Corporate Center |
| 8 | 20 Church Street, Suite 1700<br>Hartford, Connecticut 06103 |
| 9 | Telephone: (860) 493-6292<br>Facsimile: (860) 493-6290 |
| 10 | Attorneys for Lead Plaintiff Gary Crabtree |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FIRST VIRTUAL COMMUNICATIONS, INC. SECURITIES LITIGATION. | Master File No. C-04-3585 MJJ |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>**JURY TRIAL DEMANDED**<br><br><u>CLASS ACTION</u> |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. C-04-3585 MJJ
48908

**STIPULATION**

Pursuant to Local Rule 6-2, Defendants Jonathan Morgan and Truman Cole and Lead Plaintiff Gary Crabtree respectfully submit this Stipulation and [Proposed] Order rescheduling the hearing on Defendants' motion to dismiss Lead Plaintiff's Consolidated Amended Class Action Complaint (the "motion to dismiss") for November 21, 2006, at 9:30 a.m.

WHEREAS, on July 19, 2006, the Court rescheduled the hearing on Defendants' motion to dismiss from September 19, 2006, at 9:30 a.m. to September 26, 2006, at 9:30 a.m.;

WHEREAS, due to Defendants' scheduling conflicts, on September 12, 2006 the Court rescheduled the hearing on Defendants' motion to dismiss from September 26, 2006, at 9:30 a.m. to October 31, 2006;

WHEREAS, Lead Plaintiff's counsel will not be available to attend the hearing on Defendants' motion to dismiss on October 31, 2006 at 9:30 a.m.; and

WHEREAS, counsel for Lead Plaintiff has requested that counsel for Defendants agree to reschedule the hearing on Defendants' motion to dismiss for November 21, 2006, at 9:30 a.m.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Defendants and Lead Plaintiff, that the hearing on Defendants' motion to dismiss be rescheduled for Tuesday, November 21, 2006, at 9:30 a.m..

IT IS SO STIPULATED.

I, Kathryn A. Schofield, am the ECF User whose identification and password are being used to file the Stipulation regarding related cases in compliance with General Order 45.X.B, hereby attest that the other signatory has concurred in this filing.

Dated: October 10, 2006          BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

/s/
Kathryn A. Schofield

2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. C-04-3585 MJJ
48908

1

| | |
|---|---|
| 1 | SCHATZ & NOBEL, P.C. |
| 2 | Andrew M. Schatz |
| | Jeffrey S. Nobel |
| 3 | Justin S. Kudler |
| | One Corporate Center |
| 4 | 20 Church Street, Suite 1700 |
| | Hartford, CT 06103 |
| 5 | Telephone: (860) 493-6292 |

Attorneys for Lead Plaintiff Gary Crabtree

Dated: October 10, 2006        WILSON, SONSINI, GOODRICH, & ROSATI, P.C.


_____/s/_____
John P. Stigi, III
Attorneys for Defendants

WILSON, SONSINI, GOODRICH, & ROSATI, P.C.
John P. Stigi, III
One Market, Spear Tower
Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. C-04-3585 MJJ
48908

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the hearing on defendants' Motion to Dismiss Lead Plaintiff's Consolidated Amended Complaint shall be rescheduled for November 21, 2006 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 10/13/2006 , 2006

_____
Hon. Martin J. Jenkins
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS
CASE NO. C-04-3585 MJJ
48908

3