```
 1  BRUCE G. VANYO (SBN 60134)
    RICHARD H. ZELICHOV (SBN 193858)
 2  MARISA G. WESTERVELT (SBN 217172)
    KATTEN MUCHIN ROSENMAN LLP
 3  2029 Century Park East, Suite 2600
    Los Angeles, CA 90067-3012
 4  Telephone:  (310) 788-4400
    Facsimile:   (310) 788-4471
 5  bruce.vanyo@kattenlaw.com
    richard.zelichov@kattenlaw.com
 6  marisa.westervelt@kattenlaw.com
    Attorneys for Defendants JONATHAN MORGAN and
 7  TRUMAN COLE
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>FIRST VIRTUAL COMMUNICATIONS, INC.<br>SECURITY LITIGATION.<br><br>This Document Relates to:<br><br>ALL ACTIONS. | MASTER FILE NO.: C-04-3585 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>CLASS ACTION |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS
MASTER FILE NO. C-04-3585 MJJ
31343623-1

1     Pursuant to Local Rule 6-2, Defendants Jonathan Morgan and Truman Cole and Lead Plaintiff Garry Crabtree respectfully submit this Stipulation and [Proposed] Order rescheduling the hearing on Defendants' motion to dismiss Lead Plaintiff's Consolidated Amended Class Action Complaint (the "motion to dismiss") for February 6, 2007, at 9:30 a.m.

    WHEREAS, on October 13, 2006, the Court rescheduled the hearing on Defendants' motion to dismiss from October 31, 2006, at 9:30 a.m. to November 21, 2006, at 9:30 a.m.; and

    WHEREAS, the parties wish to move the hearing date from November 21, 2006 to February 6, 2007 in order to accommodate their respective schedules.

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Defendants and Lead Plaintiff, that the hearing on Defendants' motion to dismiss be rescheduled for Tuesday, February 6, 2007, at 9:30 a.m.

    Respectfully submitted,

Dated: November 16, 2006     KATTEN MUCHIN ROSENMAN LLP

By: _____/s/_____
Richard H. Zelichov

Bruce G. Vanyo
Richard H. Zelichov
Marisa G. Westervelt
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
bruce.vanyo@kattenlaw.com
richard.zelichov@kattenlaw.com
marisa.westervelt@kattenlaw.com

Attorneys for Defendants JONATHAN MORGAN and TRUMAN COLE

| | | |
|---|---|---|
| 1 | Dated: November 16, 2006 | SCHATZ & NOBEL, P.C. |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Jeffrey S. Nobel |
| 5 | | Andrew M. Schatz |
| | | Jeffrey S. Nobel |
| 6 | | Justin S. Kudler |
| | | One Corporate Center |
| 7 | | 20 Church Street, Suite 1700 |
| | | Hartford, CT 06103 |
| 8 | | Telephone: (860) 493-6292 |
| | | Facsimile: (860) 493-6290 |
| 9 | | firm@snlaw.net |
| 10 | | BRAMSON, BASKIN, PLUTZIK & |
| | | BIRKHAEUSER, LLP |
| 11 | | Alan R. Plutzik |
| | | Kathryn A. Schofield |
| 12 | | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, CA 94598 |
| 13 | | Telephone: (925) 945-0200 |
| | | Facsimile: (925) 945-8792 |
| 14 | | aplutzik@bramsonplutzik.com |
| | | kschofield@bramsonplutzik.com |
| 15 | | Attorneys for Lead Plaintiff GARRY CRABTREE |
| 16 | | *   *   *   * |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Richard H. Zelichov, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS. I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: November 16, 2006          KATTEN MUCHIN ROSENMAN LLP


                                  By: _____/s/_____
                                       Richard H. Zelichov

                                  Attorneys for Defendants JONATHAN MORGAN and
                                  TRUMAN COLE

3
STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO DISMISS
MASTER FILE NO. C-04-3585 MJJ
31343623-1

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the hearing on Defendants' motion to dismiss shall be rescheduled for Tuesday, February 6, 2007, at 9:30 a.m.

Dated: November  17 , 2006

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE