1  BRUCE G. VANYO (SBN 60134)
   RICHARD H. ZELICHOV (SBN 193858)
2  MARISA G. WESTERVELT (SBN 217172)
   KATTEN MUCHIN ROSENMAN LLP
3  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
4  Telephone: (310) 788-4400
   Facsimile: (310) 788-4471
5  bruce.vanyo@kattenlaw.com
   richard.zelichov@kattenlaw.com
6  marisa.westervelt@kattenlaw.com
   Attorneys for Defendants JONATHAN MORGAN and
7  TRUMAN COLE

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11  In re:                              )   MASTER FILE NO.: C-04-3585 MJJ
                                        )
12  FIRST VIRTUAL COMMUNICATIONS, INC.  )   **STIPULATION AND [PROPOSED]
    SECURITY LITIGATION.                )   ORDER RESCHEDULING THE
13                                      )   HEARING ON DEFENDANTS'
                                        )   MOTION TO DISMISS**
14  _____)
                                        )   CLASS ACTION
15  This Document Relates to:           )
                                        )
16      ALL ACTIONS.                    )
                                        )
17                                      )
                                        )
18  _____)

28  STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS'
    DISMISS
    MASTER FILE NO. C-04-3585 MJJ
    31350794

1    Pursuant to Local Rule 6-2, Defendants Jonathan Morgan and Truman Cole and Lead

2  Plaintiff Garry Crabtree respectfully submit this Stipulation and [Proposed] Order rescheduling the

3  hearing on Defendants' motion to dismiss Lead Plaintiff's Consolidated Amended Class Action

4  Complaint (the "motion to dismiss") for Tuesday, March 13, 2007, at 9:30 a.m.

5    WHEREAS, on November 17, 2006, the Court rescheduled the hearing on Defendants'

6  motion to dismiss from November 21, 2006, at 9:30 a.m. to February 6, 2007, at 9:30 a.m.;

7    WHEREAS, the parties wish to move the hearing date from February 6, 2007, at 9:30 a.m. to

8  March 13, 2007, at 9:30 a.m. in order to accommodate their respective schedules; and

9    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

10  undersigned counsel for Defendants and Lead Plaintiff, that the hearing on Defendants' motion to

11  dismiss be rescheduled for Tuesday, March 13, 2007, at 9:30 a.m.

12    Respectfully submitted,

13  Dated:  January 3, 2007              KATTEN MUCHIN ROSENMAN LLP

14

15                                      By: _____/s/_____
                                                 Richard H. Zelichov
16

17                                      Bruce G. Vanyo
                                        Richard H. Zelichov
18                                      Marisa G. Westervelt
                                        2029 Century Park East, Suite 2600
19                                      Los Angeles, CA  90067
                                        Telephone:  (310) 788-4400
20                                      Facsimile:  (310) 788-4471
                                        bruce.vanyo@kattenlaw.com
21                                      richard.zelichov@kattenlaw.com
                                        marisa.westervelt@kattenlaw.com
22
                                        Attorneys for Defendants
23                                      JONATHAN MORGAN and TRUMAN COLE

24

25

26

27

28
STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO
DISMISS
MASTER FILE NO. C-04-3585 MJJ
31350794

Dated:  January 3, 2007                    SCHATZ NOBEL IZARD, P.C.


                                           By: _____/s/_____
                                                        Jeffrey S. Nobel

                                           Andrew M. Schatz
                                           Jeffrey S. Nobel
                                           One Corporate Center
                                           20 Church Street, Suite 1700
                                           Hartford, CT 06103
                                           Telephone:  (860) 493-6292
                                           Facsimile:  (860) 493-6290
                                           firm@snlaw.net

                                           BRAMSON, BASKIN, PLUTZIK &
                                               BIRKHAEUSER, LLP
                                           Alan R. Plutzik
                                           Kathryn A. Schofield
                                           2125 Oak Grove Road, Suite 120
                                           Walnut Creek, CA 94598
                                           Telephone:  (925) 945-0200
                                           Facsimile:  (925) 945-8792
                                           aplutzik@bramsonplutzik.com
                                           kschofield@bramsonplutzik.com

                                           Attorneys for Lead Plaintiff GARRY CRABTREE

                              *       *       *       *

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

       I, Richard H. Zelichov, am the ECF User whose identification and password are being used

to file this STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON

DEFENDANTS' MOTION TO DISMISS.  I hereby attest that concurrence in the filing of this

document has been obtained from the other signatory.

Dated:  January 3, 2007                    KATTEN MUCHIN ROSENMAN LLP


                                           By: _____/s/_____
                                                        Richard H. Zelichov

                                           Attorneys for Defendants JONATHAN MORGAN and
                                           TRUMAN COLE

---

3

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO
DISMISS
MASTER FILE NO. C-04-3585 MJJ
31350794

1

**[PROPOSED] ORDER**

2

3      IT IS HEREBY ORDERED that the hearing on Defendants' motion to dismiss shall be

rescheduled for Tuesday, March 13, 2007, at 9:30 a.m.

4

5    Dated: January __4__, 2007

6                                          HON. MARTIN J. JENKINS
                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE HEARING ON DEFENDANTS' MOTION TO
DISMISS
MASTER FILE NO. C-04-3585 MJJ
31350794