In re: First Virtual Communications, Inc. Securities Litigation.                                    Doc. 118

Case 3:04-cv-03585-MJJ    Document 118    Filed 03/16/2007    Page 1 of 5

1    BRUCE G. VANYO (SBN 60134)
     bruce.vanyo@kattenlaw.com
2    RICHARD H. ZELICHOV (SBN 193858)
     richard.zelichov@kattenlaw.com
3    MARISA G. WESTERVELT (SBN 217172)
     marisa.westervelt@kattenlaw.com
4    KATTEN MUCHIN ROSENMAN LLP
     2029 Century Park East, Suite 2600
5    Los Angeles, CA 90067-3012
     Telephone:  (310) 788-4400
6    Facsimile:  (310) 788-4471

7    Attorneys for Defendants JONATHAN MORGAN and
     TRUMAN COLE

8

9                UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

| | |
|---|---|
| In re FIRST VIRTUAL COMMUNICATIONS, INC. SECURITIES LITIGATION. | Master File No. C-04-3585 MJJ |
| This Document Relates To:<br><br>    ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER REOPENING AND VACATING MARCH 7, 2007 ORDER OF CONDITIONAL DISMISSAL**<br><br>**JURY TRIAL DEMANDED**<br><br>CLASS ACTION |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER REOPENING AND VACATING MARCH 7, 2007ORDER OF
CONDITIONAL DISMISSAL  CASE NO. C-04-3585 MJJ
50502

Dockets.Justia.com

## **STIPULATION**

Lead Plaintiff Garry Crabtree, individually, and on behalf of a class of purchasers of the common stock of First Virtual Communications, Inc. from March 29, 2004 to August 23, 2004, inclusive (the "Class"), and Defendants Jonathan Morgan and Truman Cole ("Defendants") (collectively the "Parties") respectfully submit this Stipulation and [Proposed] Order Reopening and Vacating the Court's March 7, 2007 Order of Conditional Dismissal (the "Order of Dismissal"). In support hereof, counsel for the Parties state as follows:

1.      This litigation was commenced as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"). Plaintiff's Consolidated Amended Class Action Complaint (the "Complaint") alleges, inter alia, that Defendants are liable to the Class for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a) (the "Securities Exchange Act").

2.      The Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4 *et seq.* (the "PSLRA"), provides certain standards and procedures concerning the prosecution and settlement of claims asserted under the Securities Exchange Act.

3.      Pursuant to both Rule 23 (e) and various provisions of the PSLRA, Securities Exchange Act claims asserted pursuant to Rule 23 cannot be settled and dismissed until, *inter alia*, notice of any proposed settlement is provided to the proposed class, and a finding is reached by the Court after a hearing that the settlement is fair, reasonable and adequate to the Class.

4.      On February 28, 2007, the Parties reached an agreement in principle to settle and compromise the claims of the Class in this litigation after participating in a mediation facilitated by the Honorable Daniel Weinstein (Ret.) (the "Agreement in Principle"). Since reaching the Agreement in Principle, counsel for the Parties have been preparing a Stipulation of Settlement to formally document the Agreement in Principle.

5.      On March 5, 2007, as a result of reaching the Agreement in Principle, counsel for the Parties submitted a "Stipulation and [Proposed] Order Re: Hearing on Defendants' Motion to Dismiss" (the "Stipulation"). In the Stipulation, counsel for the Parties (1) represented that they were documenting the Agreement in Principle in a Stipulation of Settlement (the "Settlement

1  Stipulation"), which they planned to submit to the Court for an Order which, *inter alia*, (i) will

2  preliminarily approve the fairness and reasonableness of the Settlement, (ii) will schedule a hearing

3  date for the Court to finally approve the fairness and reasonableness of the Settlement to a

4  settlement class (the "Final Hearing"), and (iii) will provide notice to a settlement class of the

5  Settlement and the Final Hearing, and (2) requested that the hearing on Defendants' pending

6  motion to dismiss (then) scheduled for March 13, 2007 be taken off calendar so that counsel for the

7  Parties  could complete the documentation of the Settlement Stipulation.

8        6.      On March 7, 2007, the Court, *sua sponte*, entered the Order of Dismissal which,

9  *inter alia*, dismissed the litigation. By its terms, the Order of Dismissal is contrary to Rule 23 and

10  the PLSRA because, *inter alia*,  it purports to dismiss this class action litigation and the claims of

11  the Class without (i) permitting notice to the Class, as required by Rule 23(e)(1)(B) and (ii)

12  conducting a hearing to determine whether the proposed settlement is fair, reasonable, and

13  adequate, as required by Rule 23(e)(1)(C).

14        7.      Accordingly, counsel for the Parties respectfully request that the Court sign the

15  [Proposed] Order and Reopen the Order of Dismissal so that counsel for the Parties may effectuate

16  the settlement in this litigation in accordance with the requirements of Rule 23 and the PSLRA.

17        IT IS SO STIPULATED.

18  Dated: March 12, 2007        BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

19

20                          /s/ Alan R. Plutzik

21                            Alan R. Plutzik

22            BRAMSON, PLUTZIK, MAHLER &
             BIRKHAEUSER, LLP

23            Alan R. Plutzik
             Kathryn A. Schofield

24            2125 Oak Grove Road, Suite 120
             Walnut Creek, CA 94598

25            Telephone:  (925) 945-0200

26

27

28

1    SCHATZ NOBEL IZARD, P.C.
     Andrew M. Schatz
2    Jeffrey S. Nobel
     One Corporate Center
3    20 Church Street, Suite 1700
     Hartford, CT 06103
4    Telephone: (860) 493-6292

5    Attorneys for Lead Plaintiff Gary Crabtree

6
     BRUCE G. VANYO (SBN 60134)
7    bruce.vanyo@kattenlaw.com
     RICHARD H. ZELICHOV (SBN 193858)
8    richard.zelichov@kattenlaw.com
     MARISA G. WESTERVELT (SBN 217172)
9    marisa.westervelt@kattenlaw.com
     KATTEN MUCHIN ROSENMAN LLP
10   2029 Century Park East, Suite 2600
     Los Angeles, CA 90067-3012
11   Telephone: (310) 788-4400
     Facsimile: (310) 788-4471
12

13
                          /s/  Richard H. Zelichov
14   _____
                          Richard H. Zelichov
15   Attorneys for Defendants JONATHAN MORGAN and
     TRUMAN COLE
16

17                        **ORDER**

18
         Pursuant to Stipulation of the Parties, the Court's March 7, 2007 Order, dismissing this
19
     action, is hereby REOPENED AND VACATED.
20

21
             3/13/2007
22   DATED:_____        _____
23                                     Hon Martin J. Jenkins
                                       United States District Judge
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REOPENING AND VACATING MARCH 7, 2007 ORDER OF
CONDITIONAL DISMISSAL
CASE NO. C-04-3585 MJJ
50502

1

**Attestation Pursuant To General Order 45**

2          I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained

3   from the other signatory.  I declare under penalty of perjury under the laws of the United States that

4   the foregoing is true and correct.  Executed this 12th day of March, 2007 at Walnut Creek,

5   California.

6                                                _____ /s/ ____ Alan R. Plutzik_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REOPENING AND VACATING MARCH 7, 2007ORDER OF
CONDITIONAL DISMISSAL
CASE NO. C-04-3585 MJJ
50502