BRUCE G. VANYO (SBN 60134)
bruce.vanyo@kattenlaw.com
RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@kattenlaw.com
MARISA G. WESTERVELT (SBN 217172)
marisa.westervelt@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

Attorneys for Defendants JONATHAN MORGAN and
TRUMAN COLE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| In re FIRST VIRTUAL COMMUNICATIONS, INC. SECURITIES LITIGATION. | Master File No. C-04-3585 MJJ |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER REOPENING AND VACATING MARCH 7, 2007 ORDER OF CONDITIONAL DISMISSAL**<br><br>**JURY TRIAL DEMANDED**<br><br><u>CLASS ACTION</u> |

1

**STIPULATION**

2        Lead Plaintiff Garry Crabtree, individually, and on behalf of a class of purchasers of the

3   common stock of First Virtual Communications, Inc. from March 29, 2004 to August 23, 2004,

4   inclusive (the "Class"), and Defendants Jonathan Morgan and Truman Cole ("Defendants")

5   (collectively the "Parties") respectfully submit this Stipulation and [Proposed] Order Reopening

6   and Vacating the Court's March 7, 2007 Order of Conditional Dismissal (the "Order of

7   Dismissal"). In support hereof, counsel for the Parties state as follows:

8        1.       This litigation was commenced as a class action pursuant to Rule 23 of the Federal

9   Rules of Civil Procedure ("Rule 23"). Plaintiff's Consolidated Amended Class Action Complaint

10   (the "Complaint") alleges, inter alia, that Defendants are liable to the Class for violations of

11   Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a)

12   (the "Securities Exchange Act").

13        2.       The Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4 *et seq.*

14   (the "PSLRA"), provides certain standards and procedures concerning the prosecution and

15   settlement of claims asserted under the Securities Exchange Act.

16        3.       Pursuant to both Rule 23 (e) and various provisions of the PSLRA, Securities

17   Exchange Act claims asserted pursuant to Rule 23 cannot be settled and dismissed until, *inter alia*,

18   notice of any proposed settlement is provided to the proposed class, and a finding is reached by the

19   Court after a hearing that the settlement is fair, reasonable and adequate to the Class.

20        4.       On February 28, 2007, the Parties reached an agreement in principle to settle and

21   compromise the claims of the Class in this litigation after participating in a mediation facilitated by

22   the Honorable Daniel Weinstein (Ret.) (the "Agreement in Principle"). Since reaching the

23   Agreement in Principle, counsel for the Parties have been preparing a Stipulation of Settlement to

24   formally document the Agreement in Principle.

25        5.       On March 5, 2007, as a result of reaching the Agreement in Principle, counsel for

26   the Parties submitted a "Stipulation and [Proposed] Order Re: Hearing on Defendants' Motion to

27   Dismiss" (the "Stipulation"). In the Stipulation, counsel for the Parties (1) represented that they

28   were documenting the Agreement in Principle in a Stipulation of Settlement (the "Settlement

1   Stipulation"), which they planned to submit to the Court for an Order which, *inter alia*, (i) will

2   preliminarily approve the fairness and reasonableness of the Settlement, (ii) will schedule a hearing

3   date for the Court to finally approve the fairness and reasonableness of the Settlement to a

4   settlement class (the "Final Hearing"), and (iii) will provide notice to a settlement class of the

5   Settlement and the Final Hearing, and (2) requested that the hearing on Defendants' pending

6   motion to dismiss (then) scheduled for March 13, 2007 be taken off calendar so that counsel for the

7   Parties  could complete the documentation of the Settlement Stipulation.

8          6.      On March 7, 2007, the Court, *sua sponte*, entered the Order of Dismissal which,

9   *inter alia*, dismissed the litigation. By its terms, the Order of Dismissal is contrary to Rule 23 and

10  the PLSRA because, *inter alia,* it purports to dismiss this class action litigation and the claims of

11  the Class without (i) permitting notice to the Class, as required by Rule 23(e)(1)(B) and (ii)

12  conducting a hearing to determine whether the proposed settlement is fair, reasonable, and

13  adequate, as required by Rule 23(e)(1)(C).

14         7.      Accordingly, counsel for the Parties respectfully request that the Court sign the

15  [Proposed] Order and Reopen the Order of Dismissal so that counsel for the Parties may effectuate

16  the settlement in this litigation in accordance with the requirements of Rule 23 and the PSLRA.

17         IT IS SO STIPULATED.

18  Dated: March 12, 2007          BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

19

20                                          _____/s/ Alan R. Plutzik_____
                                                            Alan R. Plutzik
21

22                                          BRAMSON, PLUTZIK, MAHLER &
                                            BIRKHAEUSER, LLP
23                                          Alan R. Plutzik
                                            Kathryn A. Schofield
24                                          2125 Oak Grove Road, Suite 120
                                            Walnut Creek, CA 94598
25                                          Telephone:  (925) 945-0200

26

27

28

STIPULATION AND [PROPOSED] ORDER REOPENING AND VACATING MARCH 7, 2007ORDER OF
CONDITIONAL DISMISSAL
CASE NO. C-04-3585 MJJ
50502

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHATZ NOBEL IZARD, P.C.
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Telephone:  (860) 493-6292

Attorneys for Lead Plaintiff Gary Crabtree


BRUCE G. VANYO (SBN 60134)
bruce.vanyo@kattenlaw.com
RICHARD H. ZELICHOV (SBN 193858)
richard.zelichov@kattenlaw.com
MARISA G. WESTERVELT (SBN 217172)
marisa.westervelt@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  (310) 788-4400
Facsimile:   (310) 788-4471



_____/s/  Richard H. Zelichov_____
Richard H. Zelichov

Attorneys for Defendants JONATHAN MORGAN and
TRUMAN COLE

## **ORDER**

Pursuant to Stipulation of the Parties, the Court's March 7, 2007 Order, dismissing this action, is hereby REOPENED AND VACATED.


DATED:_____3/13/2007_____     _____
                                                       Hon Martin J. Jenkins
                                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER REOPENING AND VACATING MARCH 7, 2007ORDER OF
CONDITIONAL DISMISSAL
CASE NO. C-04-3585 MJJ
50502

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Attestation Pursuant To General Order 45**

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 12th day of March, 2007 at Walnut Creek, California.

/s/    Alan R. Plutzik