1  Alan R. Plutzik (State Bar No. 077785)
2  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California  94598
   Telephone: (925) 945-0200
4  Facsimile: (925) 945-8792

5  **Liaison Counsel for Lead Plaintiff**

6
   Jeffrey S. Nobel *(Admitted Pro Hac Vice)*
7  SCHATZ NOBEL IZARD, P.C.
   One Corporate Center
8  20 Church Street, Suite 1700
   Hartford, Connecticut  06103
9  Tel:    (860) 493-6292
   Fax:    (860) 493-6290
10

11 **Lead Counsel for Lead Plaintiff**

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16 In re FIRST VIRTUAL COMMUNICATIONS, )   MASTER FILE NO.:  C-04-3585 MJJ
17 INC. SECURITIES LITIGATION.          )   And Related Cases
                                        )
18 _____ )   CLASS ACTION
                                        )
19                                      )   [PROPOSED] ORDER AWARDING
   This Document Relates to:            )   ATTORNEYS' FEES AND
20                                      )   REIMBURSEMENT OF COSTS AND
   ALL ACTIONS.                         )   EXPENSES
21                                      )
                                        )
22                                      )   DATE:    September 18, 2007
                                        )   TIME:    9:30 a.m.
23                                      )   CTRM:    Number 11
                                        )
24                                      )
                                        )
25                                      )
                                        )
26                                      )
                                        )
27 _____ )

28

This matter having come before the Court on September 18, 2007, on the Application of Lead Counsel for Plaintiff for an award of attorneys' fees, costs and expenses incurred in the above-captioned litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this litigation to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      The Court hereby awards Lead Counsel for Lead Plaintiff attorneys fees of _30_% of the Settlement Fund, plus reimbursement of costs and expenses in the amount of $_73,427.54_, together with the interest earned thereon for the same period and at the same rate as that earned on the Settlement Fund until paid.  The Court finds that the amount of fees awarded is fair and reasonable.

2.      The awarded fees, costs and expenses shall be allocated among plaintiffs' counsel by Lead Counsel Schatz Nobel Izard, P.C. in a manner which reflects each such counsel's contribution to the institution, prosecution and resolution of the above-captioned litigation.

IT IS SO ORDERED.

DATED: __9/18/07____

_____
HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Jeffrey S. Nobel *(Admitted Pro Hac Vice)*
SCHATZ NOBEL IZARD, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel:     (860) 493-6292
Fax:     (860) 493-6290

Lead Counsel for Plaintiff