IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re FIRST VIRTUAL COMMUNICATIONS, INC. SECURITIES LITIGATION<br>_____/ | No. C 04-03585 MJJ<br><br>**ORDER REFERRING *EX PARTE* APPLICATION TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On October 3, 2008, Counsel for Lead Plaintiff Garry Crabtree filed an *ex parte* application for order authorizing distribution of settlement funds and for payment of administration fees and expenses.  Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the application to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion.

**IT IS SO ORDERED.**

Dated:   October 6, 2008

                                                           JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE
                                                          GENERAL DUTY JUDGE

cc: Wings Hom